PEOPLE ex rel. BARNSTOFF v. McLEAN et al., Police Commissioners.

(*Supreme Court, General Term, First Department.* June 6, 1890.)

*Certiorari* by George Barnstoff to review the action of the police commissioners in dismissing him from the police force of New York city.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*L. J. Grant*, for relator. *J. J. Delaney*, for respondents.

VAN BRUNT, P. J. The proceedings in this case should be affirmed, and the writ dismissed, with costs. No opinion is written, because of the character of the points submitted upon the part of the relator. All concur.

---

BABCOCK v. SCHUYLKILL & L. V. R. Co.

(*Supreme Court, General Term, First Department.* July 18, 1890.)

No opinion. Application denied. See 9 N. Y. Supp. 845.

---

COLLINS, Respondent, v. LONG ISLAND CITY, Appellant.

(*Supreme Court, General Term, Second Department.* May 12, 1890.)

No opinion. Judgment in this action by stipulation is to abide result in *Collins* v. *Long Island City*, 9 N. Y. Supp. 866, *ante*, 167.